# United States District Court
Eastern District of Wisconsin

**James Newell,**
**Daniel Vought, and**
**Daniel Alexander,**

    **Plaintiffs,**

  v.

**State of Wisconsin Teamsters Joint Council No. 39,**
**Fred Gegare,**
**Paul Lovinus**
**Michale Spencer,**
**Reggie Konop,**
**Tony Cornelius,**
**Sebastian Busalacchi,**
**Gerald Jacobs,**
**Wayne Shultz,**
**Teamsters General Local Union No. 662,**
**David Reardon,**
**Rick Skutak,**
**John Kaiser,**
**Vicki Kramer,**
**Tim Wentz,**
**Robert Russell,**
**James Dawson,**
**Randy Arndt,**

    **Defendants.**

**CASE NO. 05-CV-552**

## ORDER FOR JUDGMENT

Based upon the Stipulation of the parties filed May 2, 2008,

**IT IS HEREBY ORDERED** that for the reasons set forth in the Court's Decision and Order dated February 8, 2007, [Docket No. 87], all claims against Defendants Spencer, Konop, Busalacchi, Lovinus, Cornelius, Schultz, Wentz, Dawson, Jacobs, Gegare and Arndt are DISMISSED.

**IT IS FURTHER ORDERED** that for the reasons set forth in the Court's Decisions and Orders dated February 8, 2007, [Docket No. 87], and February 21, 2008, [Docket No. 165], all claims against Defendants Kaiser, Kramer, Reardon, Russell, Skutak, and Teamsters Joint Council 39 are DISMISSED. All claims by Plaintiffs Newell and Alexander are DISMISSED.

**IT IS FURTHER ORDERED** that for the reasons set forth in the Court's Decision and Order dated February 21, 2008, [Docket No. 165], Summary Judgment is GRANTED in favor of Plaintiff Daniel Vought on his claim that he was denied a full and fair hearing under the LMRDA. Pursuant to a stipulation between the parties [Docket No. 204], Judgment is hereby entered in favor of Vought and against Defendant Teamsters Local 662 in the amount of $9,124.00.

**IT IS FURTHER ORDERED** that for the reasons set forth in the Court's Decisions and Orders dated February 8, 2007, [Docket No. 87], and February 21, 2008, [Docket No. 165], all other claims by Vought against all other defendants are DISMISSED.

**IT IS FURTHER ORDERED** that postjudgment interest is payable on the above amount allowable by law at the rate of 2.28%, from the date judgment is entered until the date the judgment is paid.

The clerk shall enter judgment accordingly.

Dated at Milwaukee, Wisconsin this 13th day of May, 2008.

s/AARON E. GOODSTEIN
U.S. Magistrate Judge